IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 4:06-cv-119 |
| | ) | |
| EZRA M. MILLER , et al. | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

Please take notice that Michael J. Roessner, Trial Attorney, Tax Division, U.S.

Department of Justice, hereby enters his appearance on behalf of Plaintiff United States of

America.

Dated: May 11, 2010

NICHOLAS A. KLINEFELDT
United States Attorney


 /s/ Michael J. Roessner
MICHAEL J. ROESSNER
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 310
Washington, D.C.  20044
Telephone:  (202) 305-3227
Facsimile:   (202) 514-9477
E-mail: Michael.J.Roessner@usdoj.gov

## CERTIFICATE OF SERVICE

I CERTIFY that service of the foregoing pleading  was filed with the Clerk of Court on

May 11, 2010, through the Court's CM/ECF system which will automatically serve a copy  upon

the following:

Ezra M. Miller
Norma K. Miller
1278 Poplar Boulevard
Kalona, Iowa 52247

Larry G. Gutz (electronically)
Simmons, Perrine, Moyer & Bergman, PLC
115 3rd Street, S.E., Suite 1200
Cedar Rapids, Iowa 52401

Donald J. Pavelka, Jr. (electronically)
Locher, Cellilli, Pavelka & Dostal, LLC
2002 Douglas Street
200 The Omaha Club
Omaha, Nebraska 68102

Jeff Garrett, Washington County Treasurer
Washington County Courthouse
First Floor222 West Main Street
PO Box 889
Washington, Iowa 52353

/s/ Michael J. Roessner
MICHAEL J. ROESSNER
Trial Attorney, Tax Division
U.S. Department of Justice